THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
AT LINCOLN, NEBRASKA

| | | |
|---|---|---|
| KYLE R. KROTZINGER, | ) | Case No.: 4:17-cv-3000 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION FOR DISMISSAL** |
| | ) | |
| | ) | |
| UNION PACIFIC RAILROAD | ) | |
| COMPANY, A Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS STIPULATED by and between the Parties that the above-captioned action should be dismissed with prejudice to the filing of any future action, each party to pay their own costs and complete record waived.

Dated this 13th day of September, 2017.

KYLE R. KROTZINGER, Plaintiff

By:     /s/ James L. Cox, Jr.
James L. Cox, Jr., Nebraska Bar #20223
Brent Coon & Associates
3801 E. Florida Ave., Suite 905
Denver, Colorado 80210-2500
Telephone: (303) 756-2500
Fax: (303) 756-3595
jim.cox@bcoonlaw.com
ATTORNEYS FOR PLAINTIFF

UNION PACIFIC RAILROAD COMPANY,
Defendant,


By:     /s/ Daniel. J. Hassing
        William M. Lamson, Jr., #12374
        Daniel J. Hassing, #24408
        LAMSON, DUGAN & MURRAY, LLP
        10306 Regency Parkway Drive
        Omaha, NE  68114
        (402) 397-7300 = Telephone
        (402) 397-7824 = Facsimile
        wlamson@ldmlaw.com
        dhassing@ldmlaw.com
        ATTORNEYS FOR DEFENDANT

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
AT LINCOLN, NEBRASKA

KYLE R. KROTZINGER,                    )        Case No.: 4:17-cv-3000
                                       )
             Plaintiff,                )
                                       )
      vs.                              )        **ORDER FOR DISMISSAL**
                                       )
                                       )
UNION PACIFIC RAILROAD                 )
COMPANY, A Delaware Corporation,       )
                                       )
             Defendant.                )

 

 

     This matter is before the Court on the stipulation of the Parties that the above-captioned matter should be dismissed with prejudice, each party to pay their own costs. The Court, being fully advised in the premises, finds that such an order should be entered. Accordingly,

     IT IS ORDERED that this action is dismissed, with prejudice, and each party to pay their own costs and complete record waived.

     DATED this _____ day of _____, 2017.

 

                                        _____
                                        HON. JOHN M. GERRARD

Prepared and Submitted by:

Daniel J. Hassing, #24408
LAMSON, DUGAN and MURRAY, LLP
10306 Regency Parkway Drive
Omaha, Nebraska 68114
(402) 397-7300

#654672