IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| KYLE R. KROTZINGER, | |
|---|---|
| Plaintiff, | 4:17-CV-3000 |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY, | JUDGMENT |
| Defendant. | |

On the parties' Joint Stipulation for Dismissal (filing 25), this action is dismissed with prejudice, each party to bear its own costs and complete record waived.

Dated this 14th day of September, 2017.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge